**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLES D. WALKER** <br> **Plaintiff** | **CIVIL ACTION NO.: 2:26-cv-00726-EEF-DPC** |
| **VERSUS** | **JUDGE ELDON E. FALLON** |
| **AMERIGAS PROPANE, L.P.** <br> **Defendant** | **MAGISTRATE JUDGE** <br> **DONNA PHILLIPS CURRAULT** |

**DEFENDANT'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 7.8, Defendant AmeriGas Propane, L.P., appearing specifically and solely for these purposes, without prejudice to and with full reservation of all rights, including the right to contest the sufficiency and timeliness of service on Defendant, moves this Court, *ex parte*, for a twenty-one (21) day extension of time, through and including June 26, 2026, to file its response to the Complaint filed by Plaintiff Charles D. Walker. This requested extension, as provided by L.R. 7.8, is for a twenty-one (21) day extension from the date on which Defendant's response would otherwise be due, which is June 5, 2026.

As grounds therefore, counsel for Defendant certifies, pursuant to L.R. 7.8, that there have been no previous extensions of time to plead and Plaintiff has not filed into the record an objection to an extension of time.

WHEREFORE, Defendant respectfully requests this Honorable Court enter an Order granting Defendant's *Ex Parte* Motion for Extension of Time to File its Response to the Complaint, thereby extending Defendant's response deadline to June 26, 2026.

Respectfully submitted,

*/s/ Sara Grace Sirera*
Hal D. Ungar, La. Bar No. 31344
Sara Grace Sirera, La. Bar No. 38405
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 504.648.3840
Facsimile: 504.648.3859
Email: hal.ungar@ogletreedeakins.com
sara.sirera@ogletreedeakins.com

*Attorneys for Defendant, AmeriGas Propane, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record via the Court's Electronic Filing System.

This 4th day of June 2026.

*/s/ Sara Grace Sirera*
SARA GRACE SIRERA