**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLES D. WALKER** <br> **Plaintiff** | **CIVIL ACTION NO.: 2:26-cv-00726-EEF-DPC** |
| **VERSUS** | **JUDGE ELDON E. FALLON** |
| **AMERIGAS PROPANE, L.P.** <br> **Defendant** | **MAGISTRATE JUDGE** <br> **DONNA PHILLIPS CURRAULT** |

**O R D E R**

Before the Court is Defendant's *Ex Parte* Motion for Extension to Respond to Plaintiff's Complaint, and after consideration of same,

IT IS ORDERED that Defendant's Motion is GRANTED;

IT IS ORDERED that Defendant is granted a twenty-one (21) day extension of its current June 5, 2026 deadline through and including June 26, 2026 to file and serve its response to Plaintiff's Complaint.

New Orleans, Louisiana, this ___ day of May, 2026.

____________________________________
J U D G E