**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHARLES D. WALKER** | * | **CIVIL ACTION NO. 26-726** |
| **VERSUS** | * | **JUDGE ELDON E. FALLON** |
| **AMERIGAS PROPANE, L.P.** | * | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

* * * * * * * *

# ORDER

Considering Defendant Amerigas Propane, L.P.'s Motion for Extension of Time to Respond, R. Doc. 4;

**IT IS ORDERED** that the Motion is **GRANTED** and that Defendant's answer or other responsive pleadings are due on June 26, 2026.

New Orleans, Louisiana, this 8th day of June, 2026.

THE HONORABLE ELDON E. FALLON