**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CHARLES D. WALKER,<br><br>Plaintiff,<br>vs.<br><br>AMERIGAS PROPANE, L.P.,<br><br>Defendant. | Case No.: 2:26-cv-00726-EEF-DPC<br><br>**SUMMONS RETURNED EXECUTED** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Charles D. Walker has served upon Defendant Amerigas Propane, L.P. copies of the following documents:

1. Issued Summons;
2. Complaint;
3. Civil Cover Sheet;
4. Exhibit A - Notice of Right to Sue

Attached hereto is a copy of the Prof of Service.

Dated: Flushing, New York
May 27, 2026

Respectfully submitted,

**LAW OFFICES OF DAVID S. MOYER**

*/s/ David S. Moyer*
David S. Moyer
13551 River Road
Luling, LA 70070
T: (985) 308-1509
E: davidmoyerlaw@gmail.com

**SAGE LEGAL LLC**

Emanuel Kataev, Esq.
*Pro hac vice motion forthcoming*
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)

(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Charles D. Walker*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| CHARLES D. WALKER<br>*Plaintiff(s)*<br>v.<br>AMERIGAS PROPANE, L.P.<br>*Defendant(s)* | ) | Civil Action No. 26-726 L(2) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amerigas Propoane, L.P.
107 Iris Avenue,
Jefferson, Louisiana

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAW OFFICES OF DAVID S. MOYER
David S. Moyer
13551 River Road
Luling, LA 70070
T: (985) 308-1509
E: davidmoyerlaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

Carol L. Michel
Name of clerk of court

Date: Apr 07 2026

Deputy clerk's signature

Civil Action No. 26-726 L(2)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>David S. Moyer, Esq.<br>Law Office Of David S. Moyer<br>13551 River Road<br>Luling, LA 70070<br>*Telephone No:* 985-308-1509<br>*Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Eastern District Of Louisiana | | |
| *Plaintiff(s):* Charles Walker<br>*Defendant:* Amerigas Propane, L.P. | | |

| **AFFIDAVIT OF SERVICE Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 26-CV-00726-EEF-DPC |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibit A - Notice of Right to Sue

3. *a. Party served:* Amerigas Propane, L.P.
   *b. Person served:* Malta Fischger, Operations Coordinator, Caucasian, Female, 50's, Brown Hair, 5 Feet 2 Inches, 200 Pounds

4. *Address where the party was served:* 107 Iris Avenue
   New Orleans, LA 70121

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., May. 15, 2026 (2) at: 11:35AM

7. ***Person Who Served Papers:*** *Fee for Service:* $177.20
   a. Kevin Tillman
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. ***I declare under penalty of perjury under the laws of the State of LOUISIANA and under the laws of the United States Of America that the foregoing is true and correct.***

**AFFIDAVIT OF SERVICE**
**Summons/Complaint**

**(Kevin Tillman)**

*damoy.297451*

5.18-2026