**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLES D. WALKER** <br> **Plaintiff** | **CIVIL ACTION NO.: 2:26-cv-00726-EEF-DPC** |
| **VERSUS** | **JUDGE ELDON E. FALLON** |
| **AMERIGAS PROPANE, L.P.** <br> **Defendant** | **MAGISTRATE JUDGE** <br> **DONNA PHILLIPS CURRAULT** |

**DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS AND/OR RULE 12(E) MOTION FOR MORE DEFINITE STATEMENT**

Defendant, AmeriGas Propane, Inc. ("AmeriGas" or "Defendant"), through undersigned counsel, hereby submits this Motion to Dismiss pursuant to Rule 12(b)(6) and/or Motion for More Definite Statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure. For the reasons set forth in the accompanying Memorandum in Support, AmeriGas prays Plaintiff's claims be dismissed in their entirety, or, alternatively, order Plaintiff to re-plead his claims with the requisite factual detail necessary to provide Defendant fair notice of the claims alleged against it.

Respectfully submitted,

/s/ *Sara Grace Sirera*
Hal D. Ungar, La. Bar No. 31344
Sara Grace Sirera, La. Bar No. 38405
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 504.648.3840
Facsimile: 504.648.3859
Email: hal.ungar@ogletreedeakins.com
sara.sirera@ogletreedeakins.com

*Attorneys for Defendant, AmeriGas Propane, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record via the Court's Electronic Filing System.

This 26th day of June 2026.

*/s/ Sara Grace Sirera*
SARA GRACE SIRERA