**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLES D. WALKER** | |
| **Plaintiff** | **CIVIL ACTION NO.: 2:26-cv-00726-EEF-DPC** |
| **VERSUS** | **JUDGE ELDON E. FALLON** |
| **AMERIGAS PROPANE, L.P.** | **MAGISTRATE JUDGE** |
| **Defendant** | **DONNA PHILLIPS CURRAULT** |

**<u>NOTICE OF SUBMISSION</u>**

PLEASE TAKE NOTICE that Defendant, AmeriGas Propane, Inc. ("AmeriGas" or "Defendant") submits for hearing its Rule 12(b)(6) Motion to Dismiss and/or Rule 12(e) Motion for More Definite Statement before the Honorable Eldon E. Fallon, United States District Judge on the 19th day of August 2026 at 9:00 am at 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

/s/ *Sara Grace Sirera*

Hal D. Ungar, La. Bar No. 31344
Sara Grace Sirera, La. Bar No. 38405
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: (504) 648-3840
Facsimile: (504) 648-3859
Email: hal.ungar@ogletreedeakins.com
sara.sirera@ogletreedeakins.com

*Attorneys for Defendant, AmeriGas Propane, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed via the Court's Electronic Case Filing System, which provides for service on all counsel of record.

This 26th day of June, 2026.

*/s/ Sara Grace Sirera*
SARA GRACE SIRERA