
Gas
EV charging
Hotels
26 min
18.2 miles
27 min
17.2 miles
New Orleans Lakefront Airport
UNO Lakefront Arena
The University of New Orleans
New Canal Lighthouse
Lakeshore Park
Joseph M. Bartholomew Municipal Golf Course
Castnet Seafood
LITTLE WOODS
WEST LAKE FOREST
NEW ORLEANS EAST AREA
PONTCHARTRAIN PARK
PINES VILLAGE
PLUM ORCHARD
Super 8 by Wyndham New Orleans
I-10 Highrise Bridge
BUCKTOWN
WEST END
LAKEVIEW
CITY PARK
FILMORE
ST. ANTHONY
GENTILLY
GENTILLY TERRACE
Dillard University
BONNABEL PLACE
LAKEWOOD
New Orleans Museum of Art
Metairie Cemetery
Longue Vue House and Gardens
DESIRE AREA
SEVENTH WARD
BAYOU ST. JOHN
MID-CITY
TREMÉ / LAFITTE
ST. CLAUDE
BYWATER
FRENCH QUARTER
LOWER NINTH WARD
HOLY CROSS
HOLLY GROVE
Rock 'N' Bowl
Harrell Park
Main Outfall Canal
Sankofa Wetland Park & Nature Trail
Mississippi River
Google Maps

**EXHIBIT A**