

**EXHIBIT**
**B**