**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHARLES WALKER** | * | **CIVIL ACTION NO. 26-726** |
| **VERSUS** | * | **JUDGE ELDON E. FALLON** |
| **AMERIGAS PROPANE, LP** | * | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

* * * * * * * *

## ORDER

The Court is in receipt of Plaintiff Charles Walker's *Ex Parte* Motion for Leave to File an Opposition, R. Doc. 9, in which Plaintiff asks for leave to file his memorandum in opposition to Defendant's pending Motion to Dismiss and/or Motion for More Definite Statement late. *Id.* Because Plaintiff has demonstrated good cause, the Court will allow the untimely opposition. Accordingly;

**IT IS ORDERED** that the Motion is **GRANTED**. The proposed memorandum, R. Doc. 10, shall be filed into the record as Plaintiff's opposition to Defendant's pending Motion.

**IT IS FURTHER ORDERED** that Defendant's deadline to file a reply memorandum to its pending Motion, R. Doc. 7, is hereby **EXTENDED** to Tuesday, August 26, 2026.

New Orleans, Louisiana, this 18th day of August, 2026**.**

THE HONORABLE ELDON E. FALLON