**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CHARLES D. WALKER,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIGAS PROPANE, L.P.,<br><br>Defendant. | Case No.: 2:26-cv-726 (EEF) (DPC) |

**AFFIDAVIT OF EMANUEL KATAEV, ESQ. IN SUPPORT OF**
***EX PARTE* MOTION TO ENROLL COUNSEL *PRO HAC VICE***

BEFORE ME, the undersigned authority, came and appeared:

**EMANUEL KATAEV, ESQ.**

who, after being duly sworn, deposes and states the following:

1. That I am an attorney with and managing member of Sage Legal LLC, 18211 Jamaica Avenue Jamaica, NY 11423-2327, Telephone: (718) 412-2421;

2. That the resident attorney with whom I am associated for this matter is David S. Moyer, Esq., Louisiana Bar No. 28166, with the Law Offices of David S. Moyer;

3. That I am a member in good standing of the Bars of the State of New York, New Jersey, and Connecticut.

4. That I have never been the subject of disciplinary action by the Bar or any other court before which I have been admitted, nor have any criminal charges been instituted against me;

5. That I have never been denied admission to the courts of any state or to any federal court;

6. That I am familiar with the Local Rules of the United States District Court for the Eastern District of Louisiana governing the conduct of members of the Bar, and I am willing at all times to abide by and comply with the same during the pendency of this litigation; and

7. That I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

EMANUEL KATAEV, ESQ.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS 17th DAY OF August, 2026

NOTARY PUBLIC

SHIMUN ILYAYEV
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02IL0012580
Qualified in Queens County
Commission Expires August 24, 2027