**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLES D. WALKER** <br> **Plaintiff** | **CIVIL ACTION NO.: 2:26-cv-00726-EEF-DPC** |
| **VERSUS** | **JUDGE ELDON E. FALLON** |
| **AMERIGAS PROPANE, L.P.** <br> **Defendant** | **MAGISTRATE JUDGE** <br> **DONNA PHILLIPS CURRAULT** |

**DEFENDANT'S RULE 12(b)(6) MOTION FOR PARTIAL DISMISSAL OF AMENDED COMPLAINT**

Defendant, AmeriGas Propane, Inc. ("AmeriGas" or "Defendant"), through undersigned counsel, hereby submits this Motion for Partial Dismissal of Amended Complaint pursuant to Rule 12(b)(6). For the reasons set forth in the accompanying Memorandum in Support, AmeriGas prays Plaintiff's ADA failure-to-accommodate and disparate treatment claims be dismissed with prejudice.

Respectfully submitted,

/s/ *Sara Grace Sirera*
Hal D. Ungar, La. Bar No. 31344
Sara Grace Sirera, La. Bar No. 38405
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 504.648.3840
Facsimile: 504.648.3859
Email: hal.ungar@ogletreedeakins.com
sara.sirera@ogletreedeakins.com

*Attorneys for Defendant, AmeriGas Propane, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record via the Court's Electronic Filing System.

This 28th day of September, 2026.

*/s/ Sara Grace Sirera*
SARA GRACE SIRERA