**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLES D. WALKER** | |
| **Plaintiff** | **CIVIL ACTION NO.: 2:26-cv-00726-EEF-DPC** |
| **VERSUS** | **JUDGE ELDON E. FALLON** |
| **AMERIGAS PROPANE, L.P.** | **MAGISTRATE JUDGE** |
| **Defendant** | **DONNA PHILLIPS CURRAULT** |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Defendant, AmeriGas Propane, Inc. ("AmeriGas" or "Defendant") submits for hearing its Rule 12(b)(6) Motion for Partial Dismissal of Amended Complaint before the Honorable Eldon E. Fallon, United States District Judge on the 14th day of October 2026 at 9:00 am at 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

/s/ *Sara Grace Sirera*
Hal D. Ungar, La. Bar No. 31344
Sara Grace Sirera, La. Bar No. 38405
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: (504) 648-3840
Facsimile: (504) 648-3859
Email: hal.ungar@ogletreedeakins.com
sara.sirera@ogletreedeakins.com

*Attorneys for Defendant, AmeriGas Propane, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed via the Court's Electronic Case Filing System, which provides for service on all counsel of record.

This 28th day of September, 2026.

*/s/ Sara Grace Sirera*
SARA GRACE SIRERA