**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLES D. WALKER,**<br><br>Plaintiff,<br>**VERSUS**<br><br>**AMERIGAS PROPANE, L.P.,**<br><br>Defendant. | **CASE NO. 2:26-cv-726 (EEF) (DPC)**<br><br>**ELDON E. FALLON, U.S.D.J.**<br><br>**DONNA PHILLIPS CURRAULT, U.S.M.J.** |

## ***EX PARTE*** **MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**

Plaintiff Charles D. Walker respectfully moves under Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") and Local Civil Rules ("LCR") 7.2 and 7.5 for a two (2) week extension of time, *nunc pro tunc*, through October 20, 2026, to file his opposition to Defendant AmeriGas Propane, L.P.'s Motion to Dismiss filed on September 28, 2026, and to continue the current October 14, 2026 submission date accordingly. In support, Plaintiff respectfully states as follows:

1. Defendant filed its Motion to Dismiss on September 28, 2026.

2. The motion presently has a submission date of October 14, 2026.

3. Under Local Civil Rule 7.5, Plaintiff's opposition was due October 6, 2026.

4. Because that deadline has passed, Plaintiff requests that the extension be granted *nunc pro tunc*.

5. Plaintiff requests a two (2) week extension of the opposition deadline, through October 20, 2026.

6. Plaintiff's lead counsel, Emanuel Kataev, has been traveling outside the country since October 5, 2026 and is scheduled to return on October 13, 2026.

7. Counsel's travel, together with existing professional obligations immediately upon his return, has substantially limited his ability to complete Plaintiff's opposition within the current schedule.

8. Plaintiff therefore requests this brief extension so that counsel may adequately prepare the opposition.

9. This is Plaintiff's first request for an extension of the deadline to oppose the pending Motion to Dismiss.

10. The requested extension is made in good faith and not for purposes of delay.

11. Defendant's counsel has advised that Defendant does not consent and intends to oppose this request.

**ARGUMENT**

Rule 6 authorizes the Court, on motion made after a deadline has expired, to extend the time when the party failed to act because of excusable neglect. See Fed. R. Civ. P. 6(b)(1)(B).

The excusable-neglect inquiry is equitable and considers all relevant circumstances, principally: (1) prejudice to the opposing party; (2) the length of the delay and its impact on the proceeding; (3) the reason for the delay, including whether it was within the movant's control; and (4) good faith. See Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380, 395 (1993).

Those factors favor the modest relief requested here.

First, the requested extension will not cause cognizable prejudice to Defendant. It does not alter the claims or defenses and can be accommodated by continuing the submission date accordingly.

Second, the delay is brief. At the time of this motion, the opposition deadline has passed by only one day, and Plaintiff seeks only a two (2) week extension through October 20, 2026.

Third, the request arises from lead counsel's current international travel and existing professional obligations immediately upon his return, which have substantially limited the time available to complete the opposition.

Fourth, Plaintiff is proceeding in good faith. This is Plaintiff's first request for an extension of the present opposition deadline, and the request is not made for purposes of delay.

Allowing the brief extension will permit Plaintiff to present a complete opposition while preserving Defendant's ability to reply and allowing the Court to reset the submission date as appropriate.

**RELIEF REQUESTED**

Plaintiff respectfully requests that the Court extend, nunc pro tunc, Plaintiff's deadline to file his opposition to Defendant's Motion to Dismiss through October 20, 2026, continue the October 14, 2026 submission date accordingly, and grant all further relief the Court deems just and proper.

Dated: Luling, Louisiana
October 8, 2026

Respectfully submitted,
**LAW OFFICES OF DAVID S. MOYER**
*/s/ David S. Moyer, Esq.*
David S. Moyer, Esq. (La. Bar No. 28166)
13551 River Road
Luling, Louisiana 70070
Telephone: (985) 308-1509
Facsimile: (985) 308-1521
Email: davidmoyerlaw@gmail.com

Dated: Jamaica, New York
October 8, 2026

**SAGE LEGAL LLC**
By: _/s/ Emanuel Kataev, Esq._
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Charles D. Walker*

**CERTIFICATE OF CONFERRAL**

On October 7, 2026, Plaintiff's counsel requested Defendant's position concerning the relief sought herein. Defendant's counsel has advised that Defendant does not consent and intends to oppose this request.

_/s/ Emanuel Kataev, Esq._
Emanuel Kataev, Esq.

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2026, the foregoing was filed electronically through the Court's CM/ECF system, which will provide notice to all counsel of record.

*/s/ David S. Moyer, Esq.*
David S. Moyer, Esq.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLES D. WALKER,**<br><br>Plaintiff,<br>**VERSUS**<br><br>**AMERIGAS PROPANE, L.P.,**<br><br>Defendant. | **CASE NO. 2:26-cv-726 (EEF) (DPC)**<br><br>**ELDON E. FALLON, U.S.D.J.**<br><br>**DONNA PHILLIPS CURRAULT, U.S.M.J.** |

**ORDER**

Considering Plaintiff Charles D. Walker's *Ex Parte* Motion for Extension of Time to File Opposition, the record, and applicable law,

IT IS ORDERED that the motion is GRANTED. Plaintiff's deadline to file his opposition to Defendant AmeriGas Propane, L.P.'s Motion to Dismiss is extended, nunc pro tunc, through October 20, 2026.

IT IS FURTHER ORDERED that the October 14, 2026 submission date is CONTINUED accordingly.

New Orleans, Louisiana, this ____ day of October, 2026.

______________________________________
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**