**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLES D. WALKER,**<br><br>Plaintiff,<br>**VERSUS**<br><br>**AMERIGAS PROPANE, L.P.,**<br><br>Defendant. | **CASE NO. 2:26-cv-726 (EEF) (DPC)**<br><br>**ELDON E. FALLON, U.S.D.J.**<br><br>**DONNA PHILLIPS CURRAULT, U.S.M.J.** |

**ORDER**

Considering Plaintiff Charles D. Walker's *Ex Parte* Motion for Extension of Time to File Opposition, the record, and applicable law,

IT IS ORDERED that the motion is GRANTED. Plaintiff's deadline to file his opposition to Defendant AmeriGas Propane, L.P.'s Motion to Dismiss is extended, nunc pro tunc, through October 20, 2026.

IT IS FURTHER ORDERED that the October 14, 2026 submission date is CONTINUED accordingly.

New Orleans, Louisiana, this ____ day of October, 2026.

______________________________________
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**