**EXHIBIT A**

**Nesbitt, Emma A.**

| | |
|---|---|
| **From:** | Ungar, Hal D. |
| **Sent:** | Monday, August 17, 2026 7:59 AM |
| **To:** | Emanuel Kataev; Sirera, Sara Grace |
| **Cc:** | 'David Moyer'; Glenn Liberman; Maya; Rita Malinovski; Alivia Cooney; 'Irina Iakovleva' |
| **Subject:** | RE: 26-cv-00726-EEF-DPC Walker v. Amerigas Propane, LP |

Defendant rejects the extension request. The Court directed Plaintiff to file a motion for leave to file an opposition because Plaintiff missed the deadline. Defendant will review the motion for leave and respond if required.

Re early resolution, let's set a call. I have time tomorrow afternoon if you want to propose a time.

**Hal D. Ungar | Ogletree Deakins**
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-3853
hal.ungar@ogletree.com | www.ogletree.com | Bio

---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Sunday, August 16, 2026 10:27 PM
**To:** Ungar, Hal D. <hal.ungar@ogletree.com>; Sirera, Sara Grace <sara.sirera@ogletreedeakins.com>
**Cc:** 'David Moyer' <davidmoyerlaw@gmail.com>; Glenn Liberman <gliberman@sagelegal.nyc>; Maya <maya@sagelegal.nyc>; Rita Malinovski <rita@sagelegal.nyc>; Alivia Cooney <alivia@sagelegal.nyc>; 'Irina Iakovleva' <iiakovleva@consumerattorneys.com>
**Subject:** Re: 26-cv-00726-EEF-DPC Walker v. Amerigas Propane, LP

***[Caution: Email received from external source]***

Thanks. Kindly let me know before noon as I'd like to get it on file in the early afternoon.

Best,

Sage Legal

**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT



(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 Old Northern Boulevard
Roslyn, NY 11576-1127

162 Broadway, 2nd Floor
Amityville, NY 11701-2704

18211 Jamaica Avenue
Jamaica, NY 11423-2327

6829 Main Street,
Flushing, NY 11367

---

**From:** Ungar, Hal D. <hal.ungar@ogletree.com>
**Sent:** Friday, August 14, 2026 12:46
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>; Sirera, Sara Grace <sara.sirera@ogletreedeakins.com>
**Cc:** 'David Moyer' <davidmoyerlaw@gmail.com>; Glenn Liberman <gliberman@sagelegal.nyc>; Maya <maya@sagelegal.nyc>; Rita Malinovski <rita@sagelegal.nyc>; Alivia Cooney <alivia@sagelegal.nyc>; 'Irina Iakovleva' <iiakovleva@consumerattorneys.com>
**Subject:** RE: 26-cv-00726-EEF-DPC Walker v. Amerigas Propane, LP

I will ask AmeriGas about your extension request and whether there is interest in early resolution.

**Hal D. Ungar | Ogletree Deakins**
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-3853
hal.ungar@ogletree.com | www.ogletree.com | Bio

---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Friday, August 14, 2026 10:28 AM
**To:** Ungar, Hal D. <hal.ungar@ogletreedeakins.com>; Sirera, Sara Grace <sara.sirera@ogletreedeakins.com>
**Cc:** 'David Moyer' <davidmoyerlaw@gmail.com>; Glenn Liberman <gliberman@sagelegal.nyc>; Maya <maya@sagelegal.nyc>; Rita Malinovski <rita@sagelegal.nyc>; Alivia Cooney <alivia@sagelegal.nyc>; 'Irina Iakovleva' <iiakovleva@consumerattorneys.com>
**Subject:** RE: 26-cv-00726-EEF-DPC Walker v. Amerigas Propane, LP

***[Caution: Email received from external source]***

---

Counselors:

I write to ascertain whether Defendant will consent to an extension of time of fourteen (14) days from today's date to submit opposition, with Plaintiff amenable to a reply deadline of Defendant's choosing. Kindly let me know so that we may file the appropriate application.

I also wish to determine whether there is any interest in resolution. If there is, Plaintiff is prepared to provide an itemized damages statement and settlement demand for Defendant's review.

I look forward to working with you on this matter.

Thanks and best,

Sage Legal

**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT




(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 Old Northern Boulevard
Roslyn, NY 11576-1127

162 Broadway, 2nd Floor
Amityville, NY 11701-2704

18211 Jamaica Avenue
Jamaica, NY 11423-2327

6829 Main Street,
Flushing, NY 11367

---

**From:** Emanuel Kataev
**Sent:** Friday, August 14, 2026 11:08 AM
**To:** maeve_hurson@laed.uscourts.gov; hal.ungar@ogletreedeakins.com; sara.sirera@ogletreedeakins.com
**Cc:** David Moyer <davidmoyerlaw@gmail.com>; Glenn Liberman <gliberman@sagelegal.nyc>; Maya <maya@sagelegal.nyc>; Rita Malinovski <rita@sagelegal.nyc>; Alivia Cooney <alivia@sagelegal.nyc>; Irina Iakovleva <iiakovleva@consumerattorneys.com>
**Subject:** RE: 26-cv-00726-EEF-DPC Walker v. Amerigas Propane, LP

Dear Ms. Hurson:

This office serves as counsel to the Plaintiff in the above-referenced case. Plaintiff does intend to file opposition; my office will move for admission *pro hac vice* and file a motion for leave to file opposition no later than Monday, August 17, 2026. Plaintiff apologizes for not sooner doing so.

Respectfully submitted,

Sage Legal

**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT



(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 Old Northern Boulevard
Roslyn, NY 11576-1127

162 Broadway, 2nd Floor
Amityville, NY 11701-2704

18211 Jamaica Avenue
Jamaica, NY 11423-2327

6829 Main Street,
Flushing, NY 11367

---------- Forwarded message ---------
From: **Maeve Hurson** <Maeve_Hurson@laed.uscourts.gov>
Date: Fri, Aug 14, 2026 at 9:20 AM
Subject: 26-cv-00726-EEF-DPC Walker v. Amerigas Propane, LP
To: davidmoyerlaw@gmail.com <davidmoyerlaw@gmail.com>

Mr. Moyer,

I am reaching out in regard to the pending Motion to Dismiss, R. Doc. 7, in this case. Plaintiff's opposition was due on Tuesday, August 11. Do you intend to oppose Defendant's Motion? If so, please move for leave to file an opposition.

Thank you,

**Maeve Hurson**
Law Clerk to the Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130
Phone: (504) 589-7545
Fax: (504) 589-6966
Maeve_hurson@laed.uscourts.gov

--
David S. Moyer

David S. Moyer, LLC
13551 River Road
Luling, LA 70070
985-308-1509
985-308-1521 (Fax)
504-858-1139 (Cell)

CONFIDENTIALITY NOTICE:
This message and any attachments are intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately by telephone at (985) 308-1509 or by return email, and delete this message forthwith. Thank you for your cooperation.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*