EXHIBIT B

**Nesbitt, Emma A.**

| | |
|---|---|
| **From:** | Ungar, Hal D. |
| **Sent:** | Wednesday, October 7, 2026 5:27 PM |
| **To:** | Alivia Cooney; 'David Moyer'; eliza@davidmoyerlaw.com |
| **Cc:** | Emanuel Kataev; Sirera, Sara Grace |
| **Subject:** | RE: Walker v. Amerigas Propane, LP, 2:26-cv-00726, (E.D. La.) |
| **Attachments:** | Activity in Case 2:26-cv-00726-EEF-DPC Walker v. Amerigas Propane, LP Notice of Deficient Filing |

I'm resending the complete email because I mistyped Mr. Moyer's email. I have corrected it now. Thank you.

Defendant opposes the extension request. Please file the motion as an opposed motion, notice it for submission, and **advise the Court that Defendant intends to file an opposition to the motion for extension**.

Plaintiff missed the deadline to oppose before requesting the extension. Plaintiff previously missed the deadline to oppose the first motion to dismiss before asking for an extension. Mr. Kataev is not enrolled counsel for Plaintiff. The court rejected Mr. Kataev's motion to appear pro hac vice because it found it deficient. The court set a deadline to correct the deficient filing, but Mr. Kataev did not do so. The notice is attached. Mr. Kataev is not admitted counsel for Plaintiff.

Mr. David Moyer is counsel for Plaintiff. I am copying him here. Mr. Moyer received notice of the filings the day we filed them and received the notice of submission which sets the opposition date by local rule.

Plaintiff has failed to articulate a good faith basis for the extension request and Defendant will oppose. Defendant reserves all rights.

**Hal D. Ungar | Ogletree Deakins**
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-3853
hal.ungar@ogletree.com | www.ogletree.com | Bio

---

**From:** Ungar, Hal D. <hal.ungar@ogletreedeakins.com>
**Sent:** Wednesday, October 07, 2026 5:24 PM
**To:** Alivia Cooney <alivia@sagelegal.nyc>; damidmoyerlaw@gmail.com; eliza@davidmoyerlaw.com
**Cc:** Emanuel Kataev <emanuel@sagelegal.nyc>; Sirera, Sara Grace <sara.sirera@ogletreedeakins.com>
**Subject:** RE: Walker v. Amerigas Propane, LP, 2:26-cv-00726, (E.D. La.)

Defendant opposes the extension request. Please file the motion as an opposed motion, notice it for submission, and **advise the Court that Defendant intends to file an opposition to the motion for extension**.

Plaintiff missed the deadline to oppose before requesting the extension. Plaintiff previously missed the deadline to oppose the first motion to dismiss before asking for an extension. Mr. Kataev is not enrolled counsel for Plaintiff. The court rejected Mr. Kataev's motion to appear pro hac vice because it found it deficient. The court set a deadline to correct the deficient filing, but Mr. Kataev did not do so. The notice is attached. Mr. Kataev is not admitted counsel for Plaintiff.

Mr. David Moyer is counsel for Plaintiff. I am copying him here. Mr. Moyer received notice of the filings the day we filed them and received the notice of submission which sets the opposition date by local rule.

Plaintiff has failed to articulate a good faith basis for the extension request and Defendant will oppose. Defendant reserves all rights.

**Hal D. Ungar | Ogletree Deakins**
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-3853
hal.ungar@ogletree.com | www.ogletree.com | Bio

---

**From:** Alivia Cooney <alivia@sagelegal.nyc>
**Sent:** Wednesday, October 07, 2026 3:33 PM
**To:** Ungar, Hal D. <hal.ungar@ogletreedeakins.com>; Sirera, Sara Grace <sara.sirera@ogletreedeakins.com>
**Cc:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Subject:** Walker v. Amerigas Propane, LP, 2:26-cv-00726, (E.D. La.)

***[Caution: Email received from external source]***

---

**SENT ON BEHALF OF EMANUEL KATAEV, ESQ. OF SAGE LEGAL LLC**

Hello:

This office plans to file a request for extension of time to oppose Defendant's motion to dismiss. This is because Mr. Kataev is currently traveling overseas and will not return until October 13, 2026. Do you consent to this request?

Thanks and best,
Alivia Cooney
Paralegal
Sage Legal LLC

**Nesbitt, Emma A.**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Monday, August 24, 2026 9:30 AM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:26-cv-00726-EEF-DPC Walker v. Amerigas Propane, LP Notice of Deficient Filing |

***[Caution: Email received from external source]***

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of Louisiana**

## Notice of Electronic Filing

The following transaction was entered on 8/24/2026 at 9:30 AM CDT and filed on 8/24/2026

**Case Name:** Walker v. Amerigas Propane, LP
**Case Number:** 2:26-cv-00726-EEF-DPC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**NOTICE OF DEFICIENT DOCUMENT: re [14] Motion to Appear Pro Hac Vice. Reason(s) of deficiency: ***Incomplete document: Motion not provided.*** Document requires Motion to Appear Pro Hac Vice. This motion is to be attached as the Main Document. It must appear before other attachments. Also, when re-filing, please be sure to select "Fee Previously Paid" when prompted for payment. For corrective information, see section(s) D01 on http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm**
**Attention: Document must be refiled in its entirety within seven(7) calendar days; otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 8/31/2026. (mmm)**

**2:26-cv-00726-EEF-DPC Notice has been electronically mailed to:**

David S. Moyer davidmoyerlaw@gmail.com, eliza@davidmoyerlaw.com

Hal D. Ungar hal.ungar@ogletreedeakins.com, NOXDocketing@ogletree.com, emma.a.nesbitt@ogletreedeakins.com, geraldine.robinson-craig@ogletreedeakins.com, katherine.lentz@ogletreedeakins.com, kimberly.pels@ogletreedeakins.com, marti.andry@ogletreedeakins.com, stacy.bagby-bordelon@ogletreedeakins.com

Sara Grace Sirera sara.sirera@ogletree.com, brenda.lollar@ogletreedeakins.com, emma.a.nesbitt@ogletreedeakins.com, geraldine.robinson-craig@ogletree.com, katherine.lentz@ogletree.com, marti.andry@ogletree.com, noxdocketing@ogletreedeakins.com, stacy.bagby-bordelon@ogletreedeakins.com

**2:26-cv-00726-EEF-DPC Notice has been delivered by other means to:**