**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHARLES WALKER** | * | **CIVIL ACTION NO. 26-726** |
| **VERSUS** | * | **JUDGE ELDON E. FALLON** |
| **AMERICAN PROPANE, LP** | * | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

* * * * * * *

**ORDER**

Before the Court is a Motion for Extension of Time to File Opposition Memorandum filed by Plaintiff Charles D. Walker. R. Doc. 19. Defendant AmeriGas Propane, L.P. opposes the Motion. R. Doc. 21. The Court in its discretion under Fed. R. Civ. P. 6(b)(1)(a) finds that Plaintiff has established good cause for an extension of time. Accordingly;

**IT IS ORDERED** that the Motion, R. Doc. 19, is **GRANTED.** The submission date on Defendant's Motion to Dismiss, R. Doc. 18, is hereby **CONTINUED** to October 28, 2026, with Plaintiff's deadline to file an opposition memorandum to the Motion to Dismiss extended to October 20, 2026, and Defendant's deadline to file a reply memorandum extended to October 26, 2026, at 4:00 p.m.

New Orleans, Louisiana, this 13th day of October, 2026**.**

THE HONORABLE ELDON E. FALLON