**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHARLES WALKER** | * | **CIVIL ACTION NO. 26-726** |
| **VERSUS** | * | **JUDGE ELDON E. FALLON** |
| **AMERIGAS PROPANE, LP** | * | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

* * * * * * * *

**ORDER & REASONS**

Before the Court is a Motion for Partial Dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendant AmeriGas Propane, LP ("AmeriGas"). R. Doc. 18. Therein, AmeriGas asks the Court to dismiss Plaintiff Charles Walker's ("Walker") reasonable accommodation and disparate treatment claims under the Americans with Disabilities Act ("ADA") for failure to state a claim pursuant to Rule 12(b)(6).

Walker's opposition memorandum was originally due on October 6, 2026. Walker did not file an opposition by that date, and instead, asked for an extension of time to respond. R. Doc. 19. The Court granted Walker's extension and gave him until the end of the day on October 20, 2026, to file an opposition. R. Doc. 22. Walker missed that deadline and, as of the date of this Order, has not contacted the Court, explained his absence, or asked for leave to file an untimely opposition.[1]

The Court has freely granted Walker the opportunity to submit an opposition to AmeriGas's pending motion late, and Walker has failed to take that opportunity. Accordingly, the Court construes AmeriGas's Motion for Partial Dismissal as unopposed.

---

[1] This is not the first time Walker has missed a filing deadline. The Court previously granted Walker leave to file an opposition memorandum to an earlier motion to dismiss, R. Doc. 7, six days late.

**IT IS ORDERED** that Defendant's Motion for Partial Dismissal, R. Doc. 18, is hereby **GRANTED**, and Plaintiff's disparate treatment and failure to reasonably accommodate claims under the ADA are hereby **DISMISSED** *with prejudice.*

New Orleans, Louisiana, this 21st day of October, 2026.

Eldon E. Fallon

**THE HONORABLE ELDON E. FALLON**